IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    C.A. No. _____ |
| MECHANICAL INTEGRITY, INC., | )<br>)<br>) |
| Defendant. | ) |

**DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff E. I. du Pont de Nemours and Company, by and through its undersigned attorneys, hereby certifies as follows:

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") is a publicly traded corporation organized and existing under the laws of the State of Delaware. DuPont has no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D. # 2395)
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000

*Attorneys for Plaintiff
E. I. du Pont de Nemours and Company*

Dated: June 1, 2007
798886v1/20120-435