AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

E. I. DUPONT DE NEMOURS AND COMPANY,

**SUMMONS IN A CIVIL CASE**

V.

MECHANICAL INTEGRITY, INC.

CASE NUMBER: 07 - 346

TO: (Name and address of Defendant)

Mechanical Integrity, Inc.
c/o Secretary of State
State of Delaware
Townsend Building
Dover, DE

Mechanical Integrity, Inc.
1423 First Street, Suite A
Humble, Texas 77338

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathleen Furey McDonough (I.D. #2395)
Sarah E. DiLuzio, Esquire (I.D. #4085)
Potter Anderson & Corroon LLP
Hercules Plaza, P. O. Box 951
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                              JUN 0 1 2007
_____                _____
CLERK                                            DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/4/07 |
| NAME OF SERVER (PRINT) Sean Boykevich | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Delaware Secretary of State 401 Federal Street Dover DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/07
              Date

Signature of Server

PARCELS INC.
15 E North Street
Dover DE 19901

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.