# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.  07-346 (SLR) |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

I, Sarah E. DiLuzio, being duly sworn, deposes and says:

1.    I am an attorney admitted to practice before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for E. I. DuPont de Nemours and Company, Inc. ("DuPont"), plaintiff herein.

2.    On June 11, 2007, I caused to be mailed by certified mail, return receipt requested, a letter enclosing a copy of the complaint, pursuant to 10 Del. C. § 3104, to Mechanical Integrity, Inc., 1423 First Street, Suite A, Humble, Texas 77338 attached as Exhibit A.  The document was received by an authorized representative on June 20, 2007, as evidenced by the return receipt attached as Exhibit B.

Dated this 25th day of June, 2007.

Sarah E. DiLuzio (#4085)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*Mary Ellen Stachel*

Notary Public

My commission expires: *4-9-0 8*

800691v1 / 31061

# EXHIBIT A



Potter
Anderson
& Corroon LLP

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

June 11, 2007

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mechanical Integrity, Inc.
1423 First Street, Suite A
Humble, Texas  77338

       Re:   E. I. DuPont de Nemours and Company v. Mechanical Integrity, Inc.
              Civil Action No. 07-346

Dear Sirs:

        You have been named as a defendant in the Complaint filed in above-captioned civil action in the United States District Court for the District of Delaware on June 1, 2007.  In accordance with the provisions of 10 Del. C. § 3104, enclosed herewith is a copy of the Summons, Complaint, Rule 7.1 Disclosure and Magistrate's Consent served upon the Secretary of State of the State of Delaware on June 4, 2007 in connection with the above-captioned case.

        The purpose of this letter is to advise you that service of the original of such process has been made upon the Secretary of State of the State of Delaware, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within this State.

                      Very truly yours,

                      Sarah E. DiLuzio

SED/rb
Enclosures



United States Postal Service
**REGISTERED MAIL**

RB 858 343 434 US

Label 200, July 1999                                    (102595) 99-M-1904

---

─ **Registered No.** ─ *RB 858 343 434 US* ─── **Date Stamp** ───

| | | | |
|---|---|---|---|
| | Reg. Fee | | |
| | Handling Charge | Return Receipt | |
| | Postage | Restricted Delivery | |
| | Received by | | |
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).* |

**To Be Completed By Post Office**

**OFFICIAL USE**

**FROM** Sarah E DiLuzio, Esq.
Potter ANDERSON & CorroonLLP
P.O. Box 951
Wilmington DE 19899-0951

**TO** Mechanical INtegrity, Inc.
1423 First Street, Suite A
Humble, Texas 77338

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806,**    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)                                *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X *Pat Rumley*    ☐ Agent
☐ Address

B. Received by (*Printed Name*)    C. Date of Deliv
6/20/07

1. Article Addressed to:

Mechanical Integrity, Inc.
1423 First St., Suite A
Humble, TX 77338

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandi
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(Transfer from service label)    RB  858  343  434  US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE HOUSTON TX 77

20 JUN 2007  PM 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Potter Anderson & Corroon*
*P.O. Box 951*
*1313 N. Market Street*
*Wilmington, De. 19899-0951*

Attn: Sarah Diluzio

0951