IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 |
| v. | ) ) | |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Louis J. Rizzo, Jr., Esquire on behalf of Defendant, Mechanical Integrity, Inc.

          REGER RIZZO KAVULICH & DARNALL LLP

          */s/ Louis J. Rizzo, Jr., Esquire*
          Louis J. Rizzo, Jr., Esquire
          Delaware State Bar I.D. No. 3374
          1001 Jefferson Plaza, Suite 202
          Wilmington, DE 19801
          (302) 652-3611
          Attorney for Defendant Mechanical Integrity, Inc.

Dated: July 11, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 |
| v. | ) ) | |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify on this 11th day of July, 2007 that two true and correct copies of the Entry of Appearance have been served by first class mail, postage prepaid, upon the following:

    Kathleen Furey McDonough, Esquire
    Sarah E. DiLuzio, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899

    REGER RIZZO KAVULICH & DARNALL LLP

    */s/ Louis J. Rizzo, Jr., Esquire*
    Louis J. Rizzo, Jr., Esquire
    Delaware State Bar I.D. No. 3374
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE  19801
    (302) 652-3611
    Attorney for Defendant Mechanical Integrity, Inc.

Dated:  July 11, 2007