IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

**ANSWER OF DEFENDANT, MECHANICAL INTEGRITY, INC.,
TO COMPLAINT WITH AFFIRMATIVE DEFENSES**

1. Denied. By way of further answer, after reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

2. Admitted.

3. Admitted.

4. Admitted.

5. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required. By way of further answer, the contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

6. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

7. Admitted, upon information and belief.

8. It is admitted that DuPont and Mechanical Integrity, Inc. entered into a contract for inspection of chloroform piping at the Louisville plant. The contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

9. It is admitted that DuPont and Mechanical Integrity, Inc. entered into a contract for inspection of chloroform piping at the Louisville plant. The contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

10. It is admitted that DuPont and Mechanical Integrity, Inc. entered into a contract for inspection of chloroform piping at the Louisville plant. The contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

11. Denied as stated.

12. Admitted.

13. It is admitted that Mechanical Integrity, Inc. issued an inspection report following its inspection. The report is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

14. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial.

15. It is admitted that DuPont entered into another contract with Mechanical Integrity, Inc. in November of 2005. The contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

16. Denied as stated.

17. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial.

18. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial.

19. Denied. By way of further answer, after reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial.

20. Denied.

21. Denied.

22. Denied.

## COUNT I

23. Answering Defendant hereby incorporates its responses to paragraphs 1 through 22 herein by reference.

24. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

25. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

26. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial. By way of further answer, the allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

## COUNT II

27. Answering Defendant hereby incorporates its responses to paragraphs 1 through 26 herein by reference.

28. Denied. The contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

33. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial. By way of further answer, the allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

## COUNT III

34. Answering Defendant hereby incorporates its responses to paragraphs 1 through 33 herein by reference.

35. Denied.

36. Denied. By way of further answer, the contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

37. Denied.

38. Denied.

39. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

40. Denied. After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial. By way of further answer, the allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

## COUNT IV

41. Answering Defendant hereby incorporates its responses to paragraphs 1 through 40 herein by reference.

42. Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required. By way of further answer, the contract is a written document which speaks for itself and Plaintiff's characterization thereof is specifically denied.

43. Denied.

44. Denied.

45. Denied. By way of further answer, the allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

46.     Denied.  The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

47.     Denied.  After reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained herein and same are deemed denied with strict proof thereof demanded at the time of trial.  By way of further answer, the allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

WHEREFORE, Answering Defendant respectfully requests that this cause of action against it be dismissed with prejudice.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred in whole or in part by the assumption of a known risk and/or contributory negligence.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred in whole or in part by the provisions of the Kentucky Comparative Negligence Statute, KRS §411.182.

## FOURTH AFFIRMATIVE DEFENSE

If Plaintiff sustained the damages as alleged in their Complaint, which is herein strictly denied, then they were caused by the acts or omissions of entities/individuals over which/whom Answering Defendant had no control nor legal duty to control.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims precluded in whole or in part by the terms of the relevant contract.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are precluded in whole or in party by the Economic Loss Doctrine.

## SEVENTH AFFIRMATIVE DEFENSE

At all times material hereto, Answering Defendant acted with due care and proper care under the circumstances.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate their damages.

## NINTH AFFIRMATIVE DEFENSE

Venue is improper for this Court.

## TENTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the persons to the within action.

## ELEVENTH AFFIRMATIVE DEFENSE

All allegations pertaining to employment, workmen, servant, agency, supervision and/or control are specifically denied.

WHEREFORE, Answering Defendant respectfully requests that this cause of action against it be dismissed with prejudice.

> REGER RIZZO KAVULICH & DARNALL LLP
>
> */s/ Louis J. Rizzo, Jr., Esquire*
> Louis J. Rizzo, Jr., Esquire
> Delaware State Bar I.D. No. 3374
> 1001 Jefferson Plaza, Suite 202
> Wilmington, DE 19801
> (302) 652-3611
> Attorney for Defendant Mechanical Integrity, Inc.

Dated:   July 25, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 |
| v. | ) ) | |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 25th day of July, 2007 a two true and correct copy of the Answer of Defendant, Mechanical Integrity, Inc., to Complaint with Affirmative Defenses has been served electronically and by first class mail, postage prepaid, upon the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

         REGER RIZZO KAVULICH & DARNALL LLP


         */s/ Louis J. Rizzo, Jr., Esquire*
         Louis J. Rizzo, Jr., Esquire
         Delaware State Bar I.D. No. 3374
         1001 Jefferson Plaza, Suite 202
         Wilmington, DE  19801
         (302) 652-3611
         Attorney for Defendant Mechanical Integrity, Inc.

Dated:   July 25, 2007

(REV. 07/89)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS OF THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS<br><br>**E. I. DUPONT DE NEMOURS AND COMPANY**<br><br>b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF <u>New Castle County</u><br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br><br>**MECHANICAL INTEGRITY, INC.**<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>**Kathleen Furey McDonough (ID #2395)   (302) 984-6000**<br>**Sarah E. DiLuzio (ID #4085)**<br>**Potter Anderson & Corroon**<br>**P.O. Box 951**<br>**Wilmington, DE 19899** | ATTORNEYS (IF KNOWN)<br>**Louis J. Rizzo, Jr., Esquire (ID #3374)   (302) 652-3611**<br>**Reger Rizzo Kavulich & Darnall LLP**<br>**1001 Jefferson Plaza, Suite 202**<br>**Wilmington, DE 19801** |

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government | ☐ 3 Federal Question | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Pricipal Place Of Business in This State | ☒ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendent | ☒ 4 Diversity (Indicated Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of business in Another State | ☐ 5 | ☒ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U S CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTION STATUES UNLESS DIVERSITY)
**Title VII**

**V. NATURE OF SUIT**   (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Manne<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Midicare Act<br>☐ 152 Recovery of Defaulted Student Loans<br>(Excl. Veterans)<br>☐ 160 Stockholders Suits<br>☒ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Manne<br>☐ 345 Manne Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability | **PERSONAL INJURY**<br>☐ 362 Personal Injury-- Med Malpractice<br>☐ 365 Personal Injury -- Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Property Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS -- Third Party 26 USC 7609 | ☐ 422 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statues<br>☐ Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Equipment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530   General<br>☐ 535   Dealth Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Right | | | |

**VI. ORIGIN**   (PLACE AN x IN ONE BOX ONLY)

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A ☐ **CLASS ACTION** UNDER F.R.C.P 23    **DEMAND $**   Check YES only if demanded in complaint:   **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S)**     (See instructions)
   **IF ANY**              JUDGE <u>Honorable Sue L. Robinson</u>   DOCKET NUMBER <u>07-346</u>

| DATE<br>July 25, 2007 | SIGNATURE OF ATTORNEY OF RECORD<br>**/s/ Louis J. Rizzo, Jr., Esquire** |
|---|---|

UNITED STATES DISTRICT COURT