IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

    I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 14th day of August, 2007 that a true and correct copy of Defendant's Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) has been served by ECF/PACER, upon the following counsel of record:

    Kathleen Furey McDonough, Esquire
    Sarah E. DiLuzio, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899

    REGER RIZZO KAVULICH & DARNALL LLP

    */s/ Louis J. Rizzo, Jr., Esquire*
    Louis J. Rizzo, Jr., Esquire
    Delaware State Bar I.D. No. 3374
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801
    (302) 652-3611
    Attorney for Defendant

Dated:  August 14, 2007