IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 22nd day of August, 2007 that a true and correct copy of the Notice of Service of Interrogatories of Defendant Directed to Plaintiff and Interrogatories of Defendant Directed to Plaintiff has been served by first class mail, postage prepaid, to the following:

    Kathleen Furey McDonough, Esquire
    Sarah E. DiLuzio, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899

    REGER RIZZO KAVULICH & DARNALL LLP

    */s/ Louis J. Rizzo, Jr., Esquire*
    Louis J. Rizzo, Jr., Esquire
    Delaware State Bar I.D. No. 3374
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801
    (302) 652-3611
    Attorney for Defendant

Dated:  August 22, 2007