**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MECHANICAL INTEGRITY, INC., )<br>)<br>Defendant. ) | C.A. No. 07-346 SLR |

**NOTICE OF SERVICE**

The undersigned, counsel for Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), hereby certifies that true and correct copies of the Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were caused to be served on August 28, 2007, on the attorney of record at the following address as indicated:

**By U.S. Mail**

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

813410v1/20120-435