IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MECHANICAL INTEGRITY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-346 SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), hereby certifies that true and correct copies of the Plaintiff E. I. du Pont de Nemours and Company's Responses To Defendant's First Set Of Interrogatories Directed To Plaintiff and Plaintiff E. I. du Pont de Nemours and Company's Responses To Request For Production Of Documents Of Defendant Directed To Plaintiff were caused to be served on October 1, 2007, on the attorney of record at the following address as indicated:

<u>By U.S. Mail</u>
Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

Dated: October 1, 2007
821934/20120-435