## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   C.A. No. 07-346 SLR<br>) |
| MECHANICAL INTEGRITY, INC., | )<br>) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), hereby certifies that true and correct copies of the Plaintiff E. I. du Pont de Nemours and Company's First Request for Production of Documents Directed to Defendant were caused to be served on October 4, 2007, on the attorney of record at the following address as indicated:

**By U.S. Mail**
Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

Dated: October 4, 2007
823342/20120-435

*Attorney for Plaintiff E. I. du Pont de Nemours and Company*