IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 07-346 SLR |
| MECHANICAL INTEGRITY, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR LEAVE TO FILE A THIRD PARTY COMPLAINT**

Plaintiff E. I. du Pont de Nemours and Company ("DuPont") hereby notifies the Court and counsel that DuPont takes no position on Defendant Mechanical Integrity, Inc.'s ("MI") Motion for Leave to File a Third Party Complaint against Mike Walker and NDT Equipment Service LTD. (D.I. 16)

Respectfully,

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000

*Attorneys for Plaintiff E. I. du Pont de Nemours and Company*

Dated: October 15, 2007

825539

CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on October 15, 2007, I electronically filed true and correct copies of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and served counsel of record as follows:

Via First Class Mail

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com