AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

RECEIVED
DEC 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF
E.I. DU PONT DE NEMOURS AND COMPANY,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MECHANICAL INTEGRITY, INC.,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-346 SLR

V. THIRD PARTY DEFENDANT
MIKE WALKER AND NDT EQUIPMENT SERVICES LTD.

Pursuant to 10 Del. C. Section 3104

To: Name and address of Third Party Defendant
Mike Walker
c/o Delaware Secretary of State
Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Kathleen Furey McDonough, Esquire<br>Sarah E. DiLuzio, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 | Louis J. Rizzo, Jr., Esquire (Bar ID#3374)<br>Reger Rizzo Kavulich & Darnall LLP<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801<br><br>Telephone: (302) 652-3611 |

an answer to the third-party complaint which is served on you with this summons, within ___60___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _(signature)_

DATE 11/2/07

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                  *Signature of Server*

              _____
                           *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/THIRD-PARTY COMPLAINT

this day, Monday, November 19, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

MIKE WALKER & NDT EQUIPMENT SERVICES LTD.

and a copy of the Complaint for the said defendant, together with the sum of $ 4.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Sheriff of Kent County