IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-346 SLR |
| MECHANICAL INTEGRITY, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), hereby certifies that true and correct copies of the Plaintiff E. I. du Pont de Nemours and Company's Second Request for Production of Documents Directed to Defendant and Plaintiff E. I. du Pont de Nemours and Company's First Request for Admission Directed to Defendant were caused to be served on January 25, 2008, on the attorney of record at the following address as indicated:

**By U.S. Mail**
Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

Dated: January 25, 2008
844686/20120-435

*Attorney for Plaintiff E. I. du Pont de Nemours and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on January 25, 2008, the attached document was was sent by U.S. Mail and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

738395 / 29282