IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that the Third Party Plaintiff, Mechanical Integrity, Inc., voluntarily dismisses the action against Third Party Defendant, Mike Walker, without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

REGER RIZZO KAVULICH & DARNALL LLP


/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity, Inc.

Dated: February 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>MECHANICAL INTEGRITY, INC., )<br>)<br>  Defendant/Third Party Plaintiff, )<br>)<br>  v. )<br>)<br>MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., )<br>)<br>  Third Party Defendants. ) | C.A. No.: 07-346 SLR<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 1st day of February, 2008 that a true and correct copy of the Notice of Voluntary Dismissal has been served electronically and by first class mail, postage prepaid, upon the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611

Dated:  February 1, 2008          Attorney for Defendant Mechanical Integrity, Inc.