IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MECHANICAL INTEGRITY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-346 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NDT EQUIPMENT SERVICES LTD.'S AND
MIKE WALKER'S MOTION TO DISMISS**

  NDT Equipment Services Ltd. ("NDT") and Mike Walker ("Walker") hereby move for an Order dismissing the Third Party Complaint brought against them by Mechanical Integrity, Inc.

  The grounds for this motion are set forth in NDT's and Walker's Opening Brief and Declarations, submitted herewith.

Dated: February 1, 2008      FISH & RICHARDSON P.C.


                  By: */s/ William J. Marsden, Jr.*
                     William J. Marsden, Jr. (#2247)
                     Stamatios Stamoulis (#4606)
                     Brian M. Rostocki (#4599)
                     919 N. Market Street, Suite 1100
                     P.O. Box 1114
                     Wilmington, DE 19899
                     Telephone: (302) 652-5070
                     Facsimile: (302) 652-0607
                     Email: marsden@fr.com
                     Email: stamoulis@fr.com
                     Email: rostocki@fr.com

                   *Attorneys for NDT Equipment Services Ltd. and
                   Mike Walker*

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant/third-party plaintiff, and that no agreement was reached.

          /s/ *William J. Marsden, Jr.*
          William J. Marsden, Jr. (#2247)

2008-02-01 Motion to Dismiss.doc

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MECHANICAL INTEGRITY, INC. | ) ) |
| Defendant. | ) ) |

C.A. No. 07-346 (SLR)

**PROPOSED ORDER**

Upon consideration of NDT Equipment Services Ltd.'s ("NDT") and Mike Walker's ("Walker") Motion to Dismiss Third-Party Complaint pursuant to Rules 12(b)(2) and (b)(5) of the Federal Rules of Civil Procedure, it is hereby ORDERED that NDT's and Walker's Motion to Dismiss Third-Party Complaint is GRANTED and that the Third-Party Complaint is DISMISSED with Prejudice on this __ day of _____, 2008.

_____
The Honorable Sue L. Robinson

80055109.doc