## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-346 (SLR) |
| v. | ) | |
| | ) | |
| MECHANICAL INTEGRITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MIKE WALKER IN SUPPORT OF NDT EQUIPMENT SERVICES LTD.'S AND MIKE WALKER'S MOTION TO DISMISS

I, Mike Walker, declare as follows:

1.     I am named as a Third Party Defendant in the above entitled action pending before the U.S. District Court for the District of Delaware. I make this Declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth in this Declaration.

2.     I am a resident of the United Kingdom ("UK").

3.     I am a director of NDT Equipment Services Ltd. ("NDT"). I am not and have never been the sole proprietor of NDT.

4.     I do not personally have any operations in Delaware. Nor do I have any agents, employees or representatives that work or reside in Delaware, other than my counsel that have been retained for purposes of the above entitled litigation.

5.     I do not have a license to do business in Delaware and I do not own, lease, use or otherwise possess property in Delaware.

6.    I have never transacted any business or performed any character of work or service in Delaware.

7.    I have never entered into any contract to supply services or things in Delaware.

8.    I do not regularly solicit business in Delaware, engage in any persistent course of conduct in Delaware or derive any revenue (let alone substantial revenue) from services or things used or consumed in Delaware.  Nor have I ever regularly solicited business in Delaware, engaged in any persistent course of conduct in Delaware or derived any revenue (let alone substantial revenue) from services or things used or consumed in Delaware.

9.    I do not conduct any regular sales activity in Delaware.

10.    I do not have an interest in, use or possess real property located in Delaware.

11.    I have never contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed within Delaware.

12.    I have never operated a motor vehicle in Delaware or been involved in any automobile accident or collision in Delaware.

13.    I have not entered into a contract with Mechanical Integrity, Inc. whereby I consented to being subject to the jurisdiction of the federal or state courts located in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 18-1-08
18th Jan 2008

Mike Walker

2