IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>) | |
| Plaintiff, )<br>) | C.A. No. 07-346 (SLR) |
| v. )<br>) | |
| MECHANICAL INTEGRITY, INC. )<br>) | |
| Defendant. )<br>) | |

**DECLARATION OF ANNA MARIA BRIMFIELD IN SUPPORT OF NDT EQUIPMENT SERVICES LTD.'S AND MIKE WALKER'S MOTION TO DISMISS**

I, Anna Maria Brimfield, declare as follows:

1. I am the Secretary and a director of NDT Equipment Services Ltd. ("NDT"), which has been named as a Third Party Defendant in the above entitled action pending before the U.S. District Court for the District of Delaware. I make this Declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth in this Declaration.

2. NDT is an entity organized in and under the laws of the United Kingdom ("UK").

3. NDT specializes in providing a broad spectrum of inspection and test equipment for inspection companies, process plants, and manufacturing and service industries in the UK and overseas markets.

4. NDT's principle place of business is in the UK and NDT maintains offices at 157 Central Avenue, Billingham, Cleveland, UK and at 11 Vaux Road, Finedon Road Industrial Estate, Wellingborough, Northants, UK.

5. NDT is a subsidiary of Mencol Ltd. ("Mencol"), which is another entity based in the UK and organized in and under the laws of the UK.

6. Mike Walker ("Walker") is one of five directors on NDT's board of directors. Walker is not and has never been the sole proprietor of NDT.

7. NDT has no operations in Delaware. None of NDT's agents, employees or representatives work or reside in Delaware, other than NDT's counsel that have been retained for purposes of the above entitled litigation.

8. NDT is not licensed to do business in Delaware and does not own, lease, use or otherwise possess property in Delaware.

9. NDT has never transacted any business or performed any character of work or service in Delaware.

10. NDT has never entered into any contract to supply services or things in Delaware.

11. NDT does not regularly solicit business in Delaware, engage in any persistent course of conduct in Delaware or derive any revenue (let alone substantial revenue) from services or things used or consumed in Delaware. Nor has NDT ever regularly solicited business in Delaware, engaged in any persistent course of conduct in Delaware or derived any revenue (let alone substantial revenue) from services or things used or consumed in Delaware.

12. NDT does not conduct any regular sales activity in Delaware.

13. NDT does not have an interest in, use or possess real property located in Delaware.

14. NDT has never contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed within Delaware.

2

15. NDT and its agents and representatives have never operated a motor vehicle in Delaware or been involved in any automobile accident or collision in Delaware.

16. I am not aware of any contract between NDT and Mechanical Integrity, Inc. whereby NDT consented to being subject to the jurisdiction of the federal or state courts located in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 21-1-08

_____
Anna Maria Brimfield

80054519.doc