IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendants. | ) | |

**NOTICE OF DEPOSITION DUCES TECUM**

To:   Kathleen Furey McDonough, Esquire        William J. Marsden, Jr., Esquire
      Sarah E. DiLuzio, Esquire                Brian M. Rostocki, Esquire
      Potter Anderson & Corroon LLP            Fish & Richardson, P.C.
      Hercules Plaza, 6th Floor                919 North Market Street, Suite 1100
      1313 N. Market Street                    P.O. Box 1114
      P.O. Box 951                             Wilmington, DE 19899
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of **Robert Skidmore** on **Tuesday, February 26, 2008 at 10:00 a.m.** at the Law Offices of Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30(b), the witness is required to produce at the time the following:

1.   A current curriculum vitae detailing background training and education.

2.   All materials and documents of any kind which he has received concerning this case.

3. All documents, including but not limited to notes, reports, records or any other written materials, dictated or otherwise recorded by him or at his direction relating to the subject matter of this litigation in this case.

4. Any documents, including but not limited to notes, records, reports or other written materials dictated or otherwise recorded which are in his possession and relate to his proposed testimony in this case.

5. Any documents, including but not limited to notes, records, correspondence and other materials relating in any way to an investigation of this matter, or conversation(s) with any other individual(s) regarding this case or his review of any material relating to this case.

6. Any photographs, sketches, drawings, videotapes, diagrams or illustrations which relate in any way to his proposed testimony in this matter.

                              REGER RIZZO KAVULICH & DARNALL LLP

                              */s/ Louis J. Rizzo, Jr., Esquire*
                              Louis J. Rizzo, Jr., Esquire
                              Delaware State Bar I.D. No. 3374
                              1001 Jefferson Plaza, Suite 202
                              Wilmington, DE 19801
                              (302) 652-3611
                              Attorney for Defendant

Dated: February 7, 2008
cc:     Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 7th day of February, 2008 that a true and correct copy of the Notice of Deposition Duces Tecum was served electronically and by first class mail, postage prepaid, to the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

William J. Marsden, Jr., Esquire
Brian M. Rostocki, Esquire
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant

Dated: February 7, 2008