IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-346 SLR |
| MECHANICAL INTEGRITY, INC., | ) ) ) | |
| Defendant/Third Party Plainttiff, | ) ) | |
| v. | ) ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Kathleen Furey McDonough of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Defendant in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By /s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

Dated: February 14, 2008
848433

*Attorney for Plaintiff*
*E. I. du Pont de Nemours and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kathleen Furey McDonough, hereby certify that on February 14, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Louis J. Rizzo, Jr., Esquire | William J. Marsden, Jr. |
| Reger Rizzo Kavulich & Darnall LLP | Fish & Richardson, P.C. |
| 1001 Jefferson Plaza | 919 N. Market Street, Suite 1100 |
| Suite 202 | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1114 |

/s/ *Kathleen Furey McDonough*
Kathleen Furey McDonough (#2395)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
 (302) 984-6000
kmcdonough@potteranderson.com