**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) |
| | ) C.A. No. 07-346 SLR |
| Plaintiff, | ) ) |
| v. | ) ) |
| MECHANICAL INTEGRITY, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO:   Louis J. Rizzo, Jr., Esquire
      Reger Rizzo Kavulich & Darnall LLP
      1001 Jefferson Plaza, Suite 202
      Wilmington, DE 19801

  PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of Justin Lecourias, upon oral examination, on Thursday, February 28, 2008 beginning at 10:00 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801.  The deposition will be taken before a Notary Public or some other officer duly authorized by law to record and transcribe the deposition.  Examination will continue from day to day until completed.  You are invited to attend and examine.

                                     POTTER ANDERSON & CORROON LLP

                                     By: */s/ Sarah E. DiLuzio*
                                         Kathleen Furey McDonough (# 2395)
                                         Sarah E. DiLuzio (#4085)
                                         1313 North Market Street
                                         P.O. Box 951
                                         Wilmington, DE  19899-0951
                                         Telephone:  (302) 984-6000
                                         Facsimile:  (302) 658-1192
                                         kmcdonough@potteranderson.com
                                         sdiluzio@potteranderson.com
                                     *Attorneys for Plaintiff E. I. du Pont de Nemours and Company*

## **CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on February 19, 2008, the attached document was sent by U.S. Mail and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
sdiluzio@potteranderson.com

849571 / 20120-435