## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 07-346 SLR |
| v. | ) ) | |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant. | ) | |

## **STIPULATION AND ORDER**

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

In order to allow the parties additional time to prepare for trial in this matter, the Scheduling Order in this action is hereby amended as follows:

1. The date for the completion of discovery is extended to and including April 30, 2008.

2. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due April 1, 2008.

3. Rebuttal expert reports are due by May 28, 2008.

All other deadlines set forth in the Scheduling Order, including those for the filing case dispositive motions and trial, remain unchanged.

| POTTER ANDERSON & CORROON LLP | REGER RIZZO KAVULICH & DARNALL LLP |
|---|---|
| By: */s/ Sarah E. DiLuzio*   Kathleen Furey McDonough (I.D. 2395)  Sarah E. DiLuzio (I.D. 4085)  1313 N. Market Street  P.O. Box 951  Wilmington, DE 19899-0951  Telephone: (302) 984-6000  *Attorneys for Plaintiff*  *E. I. du Pont de Nemours and Company* | By: */s/ Louis J. Rizzo, Jr.*  Louis J. Rizzo, Jr. (I.D. 3374)  1001 North Jefferson Street  Suite 202  Wilmington, DE 19801  Telephone: (302) 652-3611  *Attorneys for Defendant Mechanical Integrity* |
| Dated: February 20, 2008 | |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson
United States District Court Judge

849425