IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, ) ) ) | |
| Plaintiff, ) ) | C.A. No.: 07-346 SLR |
| v. ) ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., ) ) | |
| Defendant/Third Party Plaintiff, ) ) | |
| v. ) ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., ) ) ) | |
| Third Party Defendant. ) | |

### STIPULATION TO EXTEND ANSWERING BRIEF DEADLINE TO THIRD PARTY DEFENDANTS MIKE WALKER AND NDT EQUIPMENT SERVICES LTD.'S MOTION TO DISMISS THIRD PARTY COMPLAINT

The undersigned hereby stipulate to the following proposed briefing schedule with regard to Third Party Defendants', Mike Walker and NDT Equipment Services LTD, Motion to Dismiss:

Third Party Plaintiff Mechanical Integrity's Answering Brief due on or before March 5, 2008.

Third Party Defendants Mike Walker and NDT Equipment Services LTD's Reply Brief due on or before March 26, 2008.

| | |
|---|---|
| FISH & RICHARDSON P.C. | REGER RIZZO & DARNALL LLP |
| /s/ William J. Marsden, Jr., Esquire | /s/ Louis J. Rizzo, Jr., Esquire |
| William J. Marsden, Jr., Esquire | Louis J. Rizzo, Jr., Esquire |
| Delaware State Bar I.D. No. 2247 | Delaware State Bar I.D. No. 3374 |
| 919 N. Market Street | 1001 N. Jefferson Street |
| P.O. Box 1114 | Suite 202 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Attorney for Mike Walker & NDT Equipment Services LTD. | Attorney for Mechanical Integrity, Inc. |
| (302) 652-5070 | (302) 652-3611 |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) C.A. No.: 07-346 SLR |
| v. | ) ) ) JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) |
| Defendant/Third Party Plaintiff, | ) ) |
| v. | ) ) ) |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) |
| Third Party Defendant. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 20th day of February, 2008 that a true and correct copy of the Stipulation to Extend Answering Brief Deadline to Third Party Defendants Mike Walker and NDT Equipment Services LTD's Motion to Dismiss Third Party Complaint has been served electronically and/or by first class mail, postage prepaid, to the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

William J. Marsden, Jr., Esquire
Brian M. Rostocki, Esquire
Fish & Richardson P.C.
919 North Market Street
P.O. Box 1114
Wilmington, DE 19899

REGER RIZZO & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Mechanical Integrity, Inc.

Dated: February 20, 2008