IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>Plaintiff, )<br>v. )<br>MECHANICAL INTEGRITY, INC., )<br>Defendant/Third Party Plaintiff, )<br>v. )<br>MIKE WALKER AND NDT EQUIPMENT SERVICES, LTD., )<br>Third Party Defendants. ) | C.A. No.: 07-346 SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VACATION OF DEPOSITION

To:  Kathleen Furey McDonough, Esquire        William J. Marsden, Jr., Esquire
     Sarah E. DiLuzio, Esquire                Brian M. Rostocki, Esquire
     Potter, Anderson & Corroon LLP           Fish & Richardson, P.C.
     Hercules Plaza, 6th Floor                919 North Market Street, Suite 1100
     1313 North Market Street                 P.O. Box 1114
     P.O. Box 951                             Wilmington, DE 19899
     Wilmington, DE 19899

   PLEASE TAKE NOTICE that the undersigned has vacated the deposition of Robert Skidmore scheduled for February 26, 2008 at 10:00 a.m. at the Law Offices of Reger Rizzo & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, DE 19801.

                                            REGER RIZZO & DARNALL LLP

                                            */s/ Louis J. Rizzo, Jr., Esquire*
                                            Louis J. Rizzo, Jr., Esquire (Bar I.D. #3374)
                                            1001 Jefferson Plaza, Suite 202
                                            Wilmington, DE 19801
                                            (302) 652-3611
                                            Attorney for Defendant/Third Party Plaintiff
                                            Mechanical Integrity

Dated:  February 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) | |
| Plaintiff, | ) | C.A. No.: 07-346 SLR |
| v. | ) | |
| MECHANICAL INTEGRITY, INC., | ) | JURY TRIAL DEMANDED |
| Defendant/Third Party Plaintiff, | ) | |
| v. | ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES, LTD., | ) ) | |
| Third Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 25th day of February, 2008 that a true and correct copy of the Notice of Vacation of Deposition has been served electronically and by first class mail, postage prepaid, to the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

William J. Marsden, Jr., Esquire
Brian M. Rostocki, Esquire
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

REGER RIZZO & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (Bar I.D. #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity

Dated: February 25, 2008