IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendant. | ) | |

## NOTICE OF SERVICE

I, the undersigned do hereby certify on this 27th day of February, 2008 that a true and correct copy of Defendant Mechanical Integrity's Response to Plaintiff E.I. DuPont De Nemours and Company's First Request for Production of Documents with Notice of Service has been served electronically and/or by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Kathleen Furey McDonough, Esquire | William J. Marsden, Jr., Esquire |
| Sarah E. DiLuzio, Esquire | Brian M. Rostocki, Esquire |
| Potter, Anderson & Corroon LLP | Fish & Richardson, P.C. |
| Hercules Plaza, 6th Floor | 919 North Market Street, Suite 1100 |
| 1313 North Market Street | P.O. Box 1114 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | |

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (Bar I.D. #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity

Dated: February 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 07-346 SLR |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**NOTICE OF SERVICE**

    I, the undersigned do hereby certify on this 27th day of February, 2008 that a true and correct copy of Defendant Mechanical Integrity's Response to Plaintiff E.I. DuPont De Nemours and Company's Second Request for Production of Documents with Notice of Service has been served electronically and/or by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Kathleen Furey McDonough, Esquire | William J. Marsden, Jr., Esquire |
| Sarah E. DiLuzio, Esquire | Brian M. Rostocki, Esquire |
| Potter, Anderson & Corroon LLP | Fish & Richardson, P.C. |
| Hercules Plaza, 6th Floor | 919 North Market Street, Suite 1100 |
| 1313 North Market Street | P.O. Box 1114 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | |

    REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (Bar I.D. #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity

Dated: February 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, ) ) ) | |
| Plaintiff, ) ) | C.A. No.: 07-346 SLR |
| v. ) ) ) | JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., ) ) | |
| Defendant/Third Party Plaintiff, ) ) | |
| v. ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., ) ) ) | |
| Third Party Defendant. ) | |

### NOTICE OF SERVICE

I, the undersigned do hereby certify on this 27th day of February, 2008 that a true and correct copy of Defendant Mechanical Integrity's Response to Plaintiff E.I. DuPont De Nemours and Company's First Request for Admission with Notice of Service has been served electronically and/or by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Kathleen Furey McDonough, Esquire | William J. Marsden, Jr., Esquire |
| Sarah E. DiLuzio, Esquire | Brian M. Rostocki, Esquire |
| Potter, Anderson & Corroon LLP | Fish & Richardson, P.C. |
| Hercules Plaza, 6th Floor | 919 North Market Street, Suite 1100 |
| 1313 North Market Street | P.O. Box 1114 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | |

REGER RIZZO & DARNALL LLP


*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (Bar I.D. #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity

Dated:  February 27, 2008