IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) | |
| Plaintiff, | ) | C.A. No.: 07-346 SLR |
| v. | ) | |
| MECHANICAL INTEGRITY, INC., | ) | JURY TRIAL DEMANDED |
| Defendant/Third Party Plaintiff, | ) | |
| v. | ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) | |
| Third Party Defendant. | ) | |

## MECHANICAL INTEGRITY, INC.'S RESPONSE TO NDT EQUIPMENT SERVICES LTD. AND MIKE WALKER'S MOTION TO DISMISS THIRD PARTY COMPLAINT

Mechanical Integrity, Inc. hereby moves for an Order denying NDT Equipment Services LTD. and Mike Walker's Motion to Dismiss the Third Party Complaint brought against them by Mechanical Integrity, Inc.

The grounds for the DENIAL are set forth in Mechanical Integrity, Inc.'s Opening Brief in Response to NDT Equipment Services LTD. and Mike Walker's Motion to Dismiss the Third Party Complaint, contemporaneously filed with this response.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant/Third Party Plaintiff
Mechanical Integrity, Inc.

Dated:   March 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-346 SLR |
| v. | ) ) | |
| MECHANICAL INTEGRITY, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) | |
| Third Party Defendant. | ) | |

## **ORDER**

AND NOW, TO WIT this _____ day of _____, 2008 having considered Third Party Defendants' Motion to Dismiss Third Party Complaint and Opening Brief in Support of Motion to Dismiss Third Party Complaint, and Defendant/Third Party Plaintiff Mechanical Integrity, Inc.'s Response thereto;

IT IS HEREBY ORDERED that Third Party Defendant NDT Equipment Services, LTD and Mike Walker's Motion to Dismiss Third Party Complaint is DENIED.

BY THE COURT:

_____
THE HONORABLE SUE L. ROBINSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) C.A. No.: 07-346 SLR ) |
| v. | ) ) JURY TRIAL DEMANDED |
| MECHANICAL INTEGRITY, INC., | ) ) |
| Defendant/Third Party Plaintiff, | ) ) |
| v. | ) ) |
| MIKE WALKER AND NDT EQUIPMENT SERVICES LTD., | ) ) ) |
| Third Party Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 5th day of March, 2008 that a true and correct copy of Mechanical Integrity Inc.'s Response to NDT Services Ltd. and Mike Walker's Motion to Dismiss Third Party Complaint has been served electronically and/or by first class mail, postage prepaid, to the following:

Kathleen Furey McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

William J. Marsden, Jr., Esquire
Brian M. Rostocki, Esquire
Fish & Richardson P.C.
919 North Market Street
P.O. Box 1114
Wilmington, DE 19899

REGER RIZZO & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611

Dated:  March 5, 2008        Attorney for Defendant Mechanical Integrity, Inc.