# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC FILING**

March 27, 2008

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, DE  19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

*Re:*   *E.I. du Pont de Nemours and Co. v. Mechanical Integrity, Inc.,*
          **D. Del., C.A. No. 07-346 SLR**

Dear Judge Robinson:

We represent third-party defendants NDT Equipment Services, Ltd. ("NDT") and Mike Walker ("Mr. Walker") in the above referenced case. Briefing is now complete on the motion to dismiss for lack of personal jurisdiction and for insufficiency of service of process that we filed on behalf of our clients. (D.I. 28-32). Pursuant to Local Rule 7.1.4, we request oral argument on the motion if the Court believes it is necessary in light of the developments noted below. Oral argument was originally scheduled for this Friday, March 28, 2008, but is to be rescheduled.

In response to the motion to dismiss we filed on behalf of NDT and Mr. Walker, on March 20, 2008, plaintiff E.I. DuPont de Nemours & Company ("DuPont") and defendant Mechanical Integrity, Inc. ("MI"), filed a Joint Stipulation and Order to Transfer this case to the United States District Court for the Western District of Kentucky. (D.I. 47). The stipulation is incorrectly captioned in that it does not reflect the Third-Party Complaint against NDT. Our clients are not a party to the stipulation and we first learned of the stipulation when it was filed and served on us. However, in light of the tacit concession in the stipulation that our clients are not subject to personal jurisdiction in this court, we respectfully request that the motion to dismiss be granted prior to any transfer of this case, consistent with the caption on the stipulation. As noted above, we are prepared to appear for oral argument if the Court feels it would be helpful.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr. (#2247)

80057439.doc