IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )  Civ. No. 07-346-SLR<br>)<br>MECHANICAL INTEGRITY, INC., )<br>)<br>Defendant and )<br>third party plaintiff, )<br>)<br>v. )<br>)<br>NDT EQUIPMENT SERVICES LTD., )<br>)<br>Third party defendant. ) | |

O R D E R

At Wilmington this 22nd day of April, 2008, plaintiff's and defendant's having entered a stipulation to transfer the above captioned case to the United States District Court for the Western District of Kentucky (Louisville Division), pursuant to 28 U.S.C. § 1404(a), the contract at issue involving work performed at plaintiff's Louisville plant (D.I. 47);

IT IS ORDERED that the joint stipulation (D.I. 47) is granted and the case is hereby transferred to the United States District Court for the Western District of Kentucky (Louisville Division).  The court reserves judgment on plaintiff's motion to

amend the complaint (D.I. 21) and third party defendant's motion to dismiss (D.I. 28).

_____
United States District Judge