

kywd-ecf-notice@kywd.uscourts.gov
04/29/2008 06:04 PM

To  InterdistrictTransfer_DED@ded.uscourts.gov

cc

Subject  Transferred case has been opened

CASE: 1:07-cv-00346

DETAILS: Case transferred from Delaware has been opened in Western District of Kentucky as case 3:08-cv-00229, filed 04/29/2008.